# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3774

_____

United States of America

*Plaintiff - Appellee*

v.

Hector Vega-Martinez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Dubuque

_____

Submitted: April 21, 2017
Filed: April 26, 2017
[Unpublished]

_____

Before RILEY, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Hector Vega-Martinez directly appeals after he pleaded guilty to identity-theft charges, and the district court[1] sentenced him to a within-Guidelines-range prison

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

term and supervised release with special conditions.  On appeal, Vega-Martinez's counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the district court plainly erred in imposing an alcohol ban as a special condition of supervised release.

Upon careful review, we conclude that the imposition of the unobjected-to alcohol ban was not plain error.  <u>See</u> <u>United States v. Wisecarver</u>, 644 F.3d 764, 775 (8th Cir. 2011) (standard of review).  Furthermore, we have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.  Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____